United States District Court
Southern District of Texas
**ENTERED**
October 28, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| Alana Souza et al. | § § § |
| VS. | § CIVIL ACTION NO. 2:21cv15 |
| Mirage Entertainment, Inc et al. | § § § |

## FINAL JUDGMENT

Pursuant to the Notice and Stipulation of Dismissal (D.E. 95), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on   October 28, 2024  .

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1